FILED'10 MAR 16 13:16USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NINA MARIE DEVERELL,

        Petitioner,

v.

NANCY HOWTON,

        Respondent.

Civ. No. 08-1417-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, petitioner objects to the Report and Recommendation. I

1 - ORDER

have, therefore, given this matter de novo review. I find no error. The record indicates that the state post-conviction decision denying relief is entitled to deference, that petitioner's plea was knowing, intelligent, and voluntary, and that petitioner's trial attorney competently advised her to accept the plea offer. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#54) is adopted. The petition (#2) is denied. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied. See 28 U.S.C. § 2253(2).

IT IS SO ORDERED.

DATED this 16 day of March, 2010.

_____
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER